UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDRE V. BRASWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00680-JPH-CSW |
| | ) | |
| ALICIA COLLINS-DENNIS, | ) | |
| DEBORAH OATS LIGHTFOOT, | ) | |
| TANNIKA LIGHTFOOT PATTON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DENYING PLAINTIFF'S MOTION FOR WRIT OF MANDAMUS**

The Court entered final judgment and dismissed this case in August 2024 for lack of subject-matter jurisdiction.  Dkts. 20, 21.  The Court denied Plaintiff Andre Braswell's motion for reconsideration in January 2025.  Dkt. 27.  Mr. Braswell has now filed a "petition for writ of mandamus."  Dkt. [28].

Mr. Braswell seeks a "writ of mandamus" that would "compel the Superior Court of Marion County, Indiana (Superior Court 12), to cease all further proceedings in Cause No. 49D12-2102-MI-003676."  *Id.* at 1.  Mr. Braswell argues that the Court has jurisdiction to issue this writ pursuant to the All Writs Act, 28 U.S.C. § 1651.  *Id.* at 2.

Federal courts "cannot, as a general rule . . . use our power to issue mandamus to a state judicial officer to control or interfere with state court litigation, thus exceeding our jurisdiction."  *In re Campbell*, 264 F.3d 730, 731 (7th Cir. 2001) (citations omitted); *see also Coniston Corp. v. Vill. of Hoffman Ests.*, 844 F.2d 461, 469 (7th Cir. 1988) ("[T]he [district] court had . . . no

1

jurisdiction to issue a mandamus against state officials for violating their duties under state law.").  Here, Mr. Braswell seeks an order from this Court directing the Marion County Superior Court to "[i]mmediately cease all proceedings," "[a]cknowledge the exclusive jurisdiction of this Court," and "[o]rder dismissal of any claims inconsistent with federal law."  Dkt. 28 at 3. This Court lacks jurisdiction to do so.  *Coniston Corp.*, 844 F.2d at 469; *In re Campbell*, 264 F.3d at 731 (explaining that the All Writs Act does not enlarge the Court's jurisdiction); *Banks v. People of Ill.*, 258 F. App'x 902, 902 (7th Cir. 2007).

Therefore, Mr. Braswell's motion for a writ of mandamus is **DENIED**. Dkt. [28].  This case remains closed.

**SO ORDERED.**

Date: 3/27/2025

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ANDRE V. BRASWELL
2816 N. Central Ave.
Indianapolis, IN 46205

All electronically registered counsel